## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY DAVID PARR, : | |
| JOHN MICHAELS, : | |
|     Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-1932 |
| : | |
| GEORGE KYRIAKODIS, *et al.*, : | |
|     Defendants. : | |

### ORDER

AND NOW, this 21st day of June, 2018, upon consideration of Plaintiffs Timothy David Parr's motion to proceed *in forma pauperis* (ECF No. 1) and the *pro se* Complaint filed by Mr. Parr and Plaintiff John Michaels (ECF No. 2), it is **ORDERED** that:

1. Mr. Parr's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED**.

2. Mr. Parr's claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. Mr. Parr is given thirty (30) days to file an amended complaint in the event he can allege additional facts to state plausible claims. Any amended complaint shall (1) identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, (2) state the basis for Mr. Parr's claims against each defendant, (3) and bear the title "Amended Complaint" and "Civil Action Number 19-1932." If Mr. Parr files an amended complaint, his amended complaint must be a complete document that includes all of the bases for all of his claims if he seeks to proceed on those claims. Claims are not included in the amended complaint will not be considered part of this case. When drafting his amended complaint, Mr. Parr should be mindful of the Court's reasons for dismissing his claims as

explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

4. If Mr. Parr does not file an amended complaint the Court may dismiss this action without further notice for failure to prosecute.

5. Mr. Michaels's claims are **DISMISSED without prejudice** for failure to prosecute.

BY THE COURT:

_____
GENE E.K. PRATTER, J.